

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Giovanni VALDIVIA-Garcia, )<br>)<br>Defendant. )<br>) | Magistrate Case No. **20-MJ-5548**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about December 30, 2020, within the Southern District of California, Defendant, Giovanni VALDIVIA-Garcia, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Ruojing LI, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 31, 2020.

HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Ruojing LI is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 30, 2020, at approximately 8:28 P.M., Giovanni VALDIVIA-Garcia (Defendant) applied for admission into the United States from Mexico through vehicle primary inspection lanes at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a 2020 Chevrolet Spark bearing California plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his United States active duty Military common access card, stated a destination of San Diego, California with nothing to declare from Mexico. The primary CBP Officer elected to inspect the rear cargo compartment area of the vehicle and discovered an undocumented alien concealed from within. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and referred to secondary pending further investigation and the vehicle was driven into secondary for further inspection.

In secondary, the vehicle's rear cargo compartment area was accessed by CBP Officers and instructed the male undocumented alien to exit the compartment area. The male was later identified as Ruojing LI (Material Witness), determined to be a national and citizen of China, with no entitlements to enter, pass through or reside in the United States and is now held as a Material Witness.

Material Witness admitted to being a citizen of China, with no legal documents to enter the United States. Material Witness admitted that his cousin made the smuggling arrangements for him to be smuggled into the United States for an unknown payment to the smugglers. Material Witness admitted to a final destination of San Francisco, California to reside and seek employment.